CRAIG K. PERRY, Esq.
Nevada State Bar No. 3786
**CRAIG K. PERRY & ASSOCIATES**
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520

Craig M. Sico, *Pro Hac Vice Pending*
Louie J. Cook, *Pro Hac Vice Pending*
**SICO, HOELSCHER, HARRIS & BRAUGH, L.L.P**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Phone: (361) 653-3300
Fax: (361) 653-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDI MARI CARSON, Individually, and as the Administrator of the Estate of KELLINA SUE WEED, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN OSHKOSH, INC., WALGREEN CO., IVAN INCHAURREGUI, DOES I – V and ROE ENTITITES I – V,<br><br>Defendants. | CASE NO: 2:17-cv-02984 KJD-CWH<br>DEPT. NO:<br><br>JOINT MOTION TO REMAND |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

COME NOW Plaintiff Judi Mari Carson, Individually, and as the Administrator of the Estate of Kellina Sue Weed, Deceased, by and through her attorneys of record Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES and Craig M. Sico and Louie J. Cook of SICO HOELSCHER HARRIS & BRAUGH LLP and Defendant Walgreen Oshkosh, Inc. and Walgreen Co., by and

1

through their attorney of record James F. Holtz, Esq. of LAW OFFICE OF JAMES F. HOLTZ, hereby file their Joint Motion to Remand.

This case was originally filed in Clark County, Nevada on November 14, 2017. The parties included Judi Carson, a resident of Oregon, Ivan Inchaurregui, a resident of Nevada, and Walgreens Oshkosh, Inc. is an Illinois Corporation with its principal place of business in Illinois.

On November 28, 2017 Ivan Inchaurregui was served with process at his Las Vegas, Nevada residence. The proof of service is attached hereto as **Exhibit A**. On December 1, 2017 after Inchaurregui was served, Walgreens Oshkosh, Inc. filed its notice of removal. At the time of removal, proofs of service had not yet been filed and Walgreens Oshkosh, Inc. was unaware that Inchaurregui, the in-state defendant, had been properly served with process.

Since an in-state Defendant (Inchaurregui) was served before the notice of removal was filed on December 1, 2017, the parties agree removal was improper under 28 U.S.C. § 1441(b)(2). § 1441(b)(2) prevents removal of a case from state to federal court when a citizen of the state in which the action is brought is properly joined and served before removal. *E.g., SWC Inc. v. Elite Promo, Inc.,* 234 F.Supp.3d 1018, 1020 (N.D. Cal. 2017); *Klayman v. Judicial Watch, Inc.* 185 F.Supp.3d 67, 69 (D.C.C. 2016); *Reimold v. Gokaslan,* 110 F.Supp.3d 641, 644 (D.Md. 2015).

Here, the parties agree that Inchaurregui is not improperly or fraudulently joined, that Inchaurregui was properly served before removal, and that Inchaurregui is a citizen of Nevada, the State in which the lawsuit is pending. Therefore, the parties agree that remand is proper under 28 U.S.C. §1447(c) and that this case should be remanded back to State Court. The cost of remand will be borne by the party incurring them.

Respectfully Submitted,

DATED this 14TH day of December 2017

/s/ Craig K. Perry
_____
Craig K. Perry, Esq.
Nevada State Bar No. 3786
**CRAIG K. PERRY & ASSOCIATES**
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: 702-228-4777

Craig M. Sico, *Pro Hac Vice Pending*
Louie J. Cook, *Pro Hac Vice Pending*
**SICO HOELSCHER HARRIS & BRAUGH LLP**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Phone: 361-653-3300

*Attorneys for Plaintiffs*

_____
James F. Holtz, Esq.
Nevada State Bar No. 8119
Cory R. Lacy, Esq.
Nevada State Bar No. 14074
**LAW OFFICE OF JAMES F. HOLTZ**
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
Phone: 702-304-1803

*Attorneys for Defendants
Walgreen Oshkosh, Inc. and
Walgreen Co.*

//

//

3