# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUDI MARI CARSON,

    Plaintiff,

v.

WALGREEN CO., *et al.*,

    Defendants.

Case No. 2:17-CV-002984-KJD-CWH

**ORDER**

Presently before the Court is the Joint Motion of Plaintiff and Defendants Walgreen Oshkosh, Inc. and Walgreen Co. to Remand (#6). Though the time for doing so has passed, no response in opposition has been filed. Having read and considered the motion, in accordance with Local Rule 7-2(d) and good cause being found because diversity does not exist, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Remand (#6) is **GRANTED**.

DATED this 19th day of January 2018.

_____
Kent J. Dawson
United States District Judge